UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FURGUS WILSON :

VS : C.A. NO.: 05-CV-324ML

STILES MACHINERY, INC. :

**ENTRY OF APPEARANCE**

I, Thomas J. Cronin, hereby enter my appearance on behalf of the plaintiff, Furgus Wilson.

Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

DATED: July 27, 2005.