**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FURGUS WILSON
Plaintiff

vs. : C.A. No. 05-CV-324ML

STILES MACHINERY, INC.
Defendant

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant Stiles Machinery, Inc. hereby moves that Paul T. Sorensen be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes:

  labor and employment law.

- Pro Hac Vice counsel is defendant's regular labor counsel and represents defendant in other FLSA litigation.

STILES MACHINERY, INC.

By its Attorneys,

Michael F. Kraemer (#6751)
HINCKLEY, ALLEN & SNYDER LLP
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600 Fax

Dated: ~~September~~ Oct 3, 2005

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bars of the State of Michigan and the federal district court bar of the United States District Courts for the District of Michigan without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:__________ None.____________________

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court, as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case, I have associated with local associate counsel identified below and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Paul T. Sorensen, Esq. | Michael F. Kraemer, Esq. (#6751) |
| Warner Norcross & Judd LLP | Hinckley, Allen & Snyder LLP |
| Firm Name | Firm Name |
| 111 Lyon Street NW | 1500 Fleet Center |
| Grand Rapids, Michigan 49503 | Providence, Rhode Island 02903 |
| Business Address | Business Address |
| (616) 752-2135 | (401) 457-5196 |
| Telephone Number | Telephone Number |
| (616) 222-2135 | 401) 457-5197 |
| Fax Number | Fax Number |

**ORDER:** This motion is hereby ________________________________.

________________________________
U.S. District Judge

Date:____________________________

**CERTIFICATION**

**TO:**

Rajaram Suryanarayan, Esq.
Gunning & LaFazia, Inc.
56 Pine Street – 7th Floor
Providence, Rhode Island 02903

Jeffrey D. Pollack, Esq.
Mintz & Gold LLP
470 Park Avenue So. – 10th Floor – North
New York, New York 10016

I certify that I mailed a copy of the within Motion for Entry of Appearance pro hac vice to counsel of record, as set forth above, on October 4, 2005.

Linda S. Guastello

#676118v1