UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Furgus Wilson

vs. C.A. NO. 05-324ML

Stiles Machinery, Inc.

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
October 28 , 2005

Entered as an Order of this Court on October 28, 2005.

Barbara Barletta
Deputy Clerk