UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
APR 25 2006
Property of U.S. District Court
District of Rhode Island

FURGUS WILSON,

Plaintiff, C.A. No.: 05-CV-324S

v.

STILES MACHINERY, INC.

Defendant.

**STIPULATION EXTENDING DISCOVERY**

The parties hereby stipulate that the deadline for completion of discovery shall be extended through and including May 12, 2006.

Jeffrey D. Pollack (JP-1409)
Mintz & Gold LLP
470 Park Ave. So., 10th Fl. – North
New York, NY 10016
(212) 696-4848
(202) 696-1231 (facsimile)

Counsel for Plaintiff

Rajaram Suryanarayan
Gunning & LaFazia, Inc.
56 Pine St. – 7th Fl.
Providence, RI 02903
(401) 521-6900
(401) 52-6901 (facsimile)

Co-Counsel for Plaintiff

Paul T. Sorensen
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49417
(616) 752-2000
(616) 222-2135 (facsimile)

Counsel for Defendant

Michael F. Kraemer
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)

Co-Counsel for Defendant

ENTER WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/26/06