UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FURGUS WILSON,<br><br>Plaintiff,<br><br>vs<br><br>STILES MACHINERY, INC.,<br><br>Defendant. | Case No: 05-CV-324ML |

**MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

Plaintiff moves the Court to extend the deadline for filing a dispositive motion from the current date of May 15, 2006. The plaintiff requests an extension of time until one week after the summary judgment conference as scheduled by Judge Smith.

I have conferred with the attorneys for the defendant in this matter and they assent to this request.

Plaintiff,
By His Attorney,

Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATION**

I hereby certify that I faxed a copy of the within motion to the following attorneys of record on this ~~11th~~ 12th day of May, 2006:

Paul T. Sorenson, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49417

Michael F. Kraemer, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903