UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FURGUS WILSON,

Plaintiff,

-vs- File No. 05-CV-324ML

STILES MACHINERY, INC.,

Defendant.

COPY

DEPOSITION OF CHUCK VAN LOON

Taken by the Plaintiff on the 24th day of April, 2006, at the offices of Paul T. Sorensen, Warner, Norcross & Judd, 111 Lyon Street, NW, Grand Rapids, Michigan, at 10:13 a.m.

APPEARANCES:

For the Plaintiff: Mr. Jeffrrey D. Pollack
Mintz & Gold, LLP
470 Park Avenue South
New York, New York 10016
(212) 696-4848

For the Defendant: Mr. Paul T. Sorensen
Warner, Norcross & Judd, LLP
111 Lyon Street, NW
Grand Rapids, Michigan 49503
(616) 752-2135

Also Present: Mr. Furgus Wilson
Mr. Michael Callahan

REPORTED BY: Carrie S. Clark-Berry (CSR-4402)
Certified Shorthand Reporter
Registered Professional Reporter

Page 18

A Yes.
Q Okay. So what manual labor did you perform as a service manager?
A I would assist with the setup of equipment at shows.
Q Is that it?
A I think that's it.
Q About how much of your time did you spend, approximately, assisting with the setup of equipment at shows?
A It really varied year to year depending on how many shows I attended.
Q And when you say "shows," what do you mean by "shows"?
A Where we set up equipment either at our headquarters or at an off-site location so that we can invite customers to come in and see the equipment running and demoed.
Q And was that as part of an effort to bring in -- were those potential customers or current customers?
A Both.
Q And with the current customers was it part of an effort to get more business from them?
A Yes.
Q And for potential customers it was an effort to get some business from them?
A Correct.
Q Okay. Now just as background, what does Stiles do?

Page 19

A We're -- as I see them, we're a dealership representing panel processing equipment throughout the United States, selling the equipment to our customer, selling them solutions to their manufacturing -- for their manufacturing needs, servicing the equipment we install, selling parts to help keep the machinery we've sold our customers up and running.
Q Does Stiles manufacture any of the equipment?
A No.
Q What is panel processing equipment?
A It's equipment to manufacture panel-type stocks like maybe this conference table here.
Q So it's equipment to manufacture wood into furniture products?
A Yes.
Q For the layman in me.
A Yeah.
Q Now you said that your percentage of time where you assisted with the setup of equipment at shows varied from year to year. Can you give me a range of how much time from year to year?
A Some years it might be upwards of three to four weeks.
Q And in other years?
A It would be less.
Q Now when you say three to four weeks, is that how much

Page 20

time the show would be or how much of your time would be spent assisting with the setup of equipment?
A How much of my time that would be assisting with setting up of the equipment.
Q Okay.
MR. SORENSEN: Jeff, I'm sorry, let me take a quick break here.
(Brief recess.)
Q As service manager how were you paid?
A Salary.
Q And just going back to the four people that you termed your people, the four positions, the scheduling coordinator, how much manual labor, if any, did the scheduling coordinator do?
A Probably none.
Q Okay. And how was the scheduling coordinator paid?
A Hourly.
Q Now did the scheduling coordinator ever work over 40 hours in a week?
A Yes.
Q And was that person paid overtime?
A Yes.
Q Okay. Regional technical support. What were the duties of the regional technical support person?
A Take telephone calls from our customers mainly and our

Page 21

other field service representatives with the intent to assist them technically over the telephone.
Q Was there any manual labor performed by the regional technical support person?
A Yes.
Q What manual labor?
A On occasion it was their responsibility to go out to the customer's site to assist with getting a machine up and running or to perform an installation of a machine.
Q Now was that something that happened on a routine basis?
A Routine being maybe a customer visit every three or four months.
Q And every three our four months for how long a period of time? How long would the customer service visit last?
A The service visit would last anywhere from possibly a day to possibly two weeks.
Q And would the regional technical support person be doing manual labor that whole time?
A For the most part.
Q And how was the regional technical support person paid, hourly or salary?
A Hourly.
Q And the field service representative, what was that person's duties?
A Install equipment, service equipment.

Q Do you remember when Furgus was deployed at Kraftmaid?
A No, I don't.
Q Do you remember how -- for how long a period of time he was at Kraftmaid?
A No.
Q Okay. What was Furgus doing at Kraftmaid?
A He started out managing the project of overseeing installation of some lines.
Q You said "he started out." What was he doing after he was managing or overseeing installation of lines?
A After that period of time he became -- or he was fulfilling a role of on-site manager for myself.
Q Okay. What was he doing specifically in that role?
A In that role?
Q Yes. On-site manager.
A Okay. Having meetings with the customer, management, writing weekly reports that would go to myself and other management at Stiles and management at Kraftmaid, assist with the scheduling of services that needed to be performed at Kraftmaid and communicate that to the service office in Grand Rapids so that we could react accordingly, assist the customer with parts issues or concerns that they would have, make judgment calls on site whether an issue that the customer may have experienced with a machine was truly a warranty problem



or a non-warranty problem.
Q Anything else?
A Not that I can recall.
Q All right. So we have general functions of managing or overseeing installation and another general function of fulfilling the role of on-site manager. Any other general functions that he served at Kraftmaid?
A No.
I do need to take a break and use the restroom in a minute.
Q That's fine.
(Brief recess.)
Q Just for a second to go back to the time he was at Hon, you talked about making adjustments to units. How would he go about making adjustments to units?
A It may be through the control. It may be walking out there and turning knobs.
Q Could it involve the use of tools?
A It could.
Q Wrenching, in other words?
A It could.
Q Do you know one way or the other whether it did?
A No. Furgus -- I mean, Furgus had oftentimes, more time than not, had FSRs on site whether from Stiles or from the manufacturer that had the tools, that had the



toolboxes, that are responsible to work on the machines. Whether Furgus chose to make adjustments himself or have one of the FSRs do it is at Furgus's discretion.
Q What happens if there was no FSR on site and a tool -- or a unit needed an adjustment or needed a repair?
A Furgus had the option of asking one of the operators to make an adjustment, which would be trained on the line, asking one of the customer's maintenance personnel, or performing the task himself.
Q Would he have to call you or call anybody else at Stiles management to get permission to perform the work himself?
A No.
Q Prior to Kraftmaid did he work in your department at Sauder, S-a-u-d-e-r?
A I believe so.
Q And do you know what functions Furgus performed at Sauder?
A I do not.
Q Going back to Kraftmaid, was Furgus doing any wrenching at Kraftmaid?
A At times, I would imagine. Again, that's at his discretion.
Q Was he doing any wrenching during the installation phase at Kraftmaid?



A I would say at times. Typically that would be seen by me as a very low percentage of his time.
Q How long did the installation phase last at Kraftmaid?
A Six months to a year and a half. I'm really kind of unsure on that.
Q And after the installation phase concluded did Furgus stay on site there?
A Yes.
Q And did his role change or did his role stay the same?
A His role changed.
Q And was that when he moved into what you called fulfilling the role of on-site manager?
A Correct.
Q Now what happens if he got a call or he was asked by somebody at Kraftmaid to do some manual labor and wrenching? What happened then?
A Furgus had the discretion to say "Well, let's call in a Stiles FSR," walk down and show the maintenance man that would be on site at the customer how to perform the task, or to perform it himself.
Q Again, if he was going to perform it himself would he have to call and ask permission from somebody in management?
A Absolutely not. He's a manager. He should be able to make those decisions on his own.

Page 46

Q Did Furgus ever make adjustments to the machines himself?
A I can't recall. And the reason I state I can't recall is I wasn't on site to observe or to watch.
Q Did any of the reports that you reviewed say that Furgus had engaged in any of those activities, inspections, replacing parts, or making adjustments?
A Yes. He was -- he played a role in overseeing the process and inspecting the parts before they went on machines, inspecting parts that we had taken off the machines, and on occasion it may mean that he's making adjustments. It may mean that he's replacing the parts. That's at Furgus's discretion with what assistance he's receiving from the customer and/or FSRs that are placed on site.
Q Possible he did it without any assistance from anybody?
A Could be.
MR. SORENSEN: Ever? You mean on any occasion?
MR. POLLACK: While he was at Kraftmaid.
MR. SORENSEN: On any occasion?
Q Would the reports you received indicate whether or not he was assisted by somebody when he was replacing parts or making adjustments?
A I don't believe Furgus -- I don't believe I read any reports that strictly stated that Furgus did this by

Page 47

himself or replaced these parts strictly by himself, no.
Q Did they indicate that he had assistance when he was doing it?
A I don't recall.
Q So if you had to go back and look at those reports today you couldn't tell whether or not he did it with assistance or whether he did it by himself; is that correct?
A What I'm saying is I can't recall the reports that he wrote to adequately answer your question. It's been too long of a time period.
Q Okay. Who played the primary role in the actual physical labor of preventive maintenance for the Weeke machines?
A I honestly can't recall.
Q Okay. Well, Patrick was primarily responsible for PM-ing the Homags, correct?
A Typically he's the person I would have on site. Patrick or Dan Swanson or Todd Lumsden.
Q And Volkmar was primarily responsible for PM-ing the Bargstedt machines?
A Typically that would be a role we would put him in, along with Tim Robson. One or the other and/or both.
Q So is there anybody you would typically put in the role for doing the PMs for the Weekes at Kraftmaid?

Page 48

A Typically it would be Patrick.
Q Okay. By the way, Furgus at some point moved over to Monarch Industries in Rhode Island, correct?
A Yes.
Q Was that within your area of responsibility?
A No.
Q Did you have any conversations with Furgus about how many hours he was working?
A Yeah.
Q What kinds of conversations did you have with him about how many hours he was working?
A At times he would show me concern that he's working a lot of hours. I believe during that time frame his -- he had taken custody or possession of some of his children and felt at times he was -- as I recall the conversation again, that he was unavailable to spend some what I might term as quality fathering time and raised that concern with myself.
Q Do you remember when these conversations were taking place?
A After Furgus took custody of some of his children. I don't recall the year.
Q Was this during the time that Furgus was working at Kraftmaid?
A Yes.

Page 49

Q About how long a period of time did those conversations go on that he was working too many hours to spend quality time with his kids?
A With me it was a pretty short period of time.
Q Okay. Do you know about how many conversations you had on the subject?
A Maybe one or two. I really can't recall.
Q Did Furgus ever talk to you about getting paid overtime for working all these hours?
A Not that I recall.
Q Did he ever talk to you about getting travel time and/or per diems?
A Yes.
Q Okay. What's a per diem?
A A per diem is a daily allowance that's given to an employee to compensate him or to pay for his meals while being away from home.
Q Are per diems given to FSRs?
A Yes.
Q Are per diems typically given to managers?
A They were when I started with the company, yes.
Q Okay. That was when, 13 years ago?
A Uh-huh.
Q How about starting in 2000? Were per diems typically given to managers starting in 2000 and going forward?



Great Lakes Shorthand, P.O. Box 2002, Grand Rapids, Michigan 49501
(800) 234-2044 (888) FAX-6776 glsusa@aol.com www.glsusa.net