**MIKE CALLAHAN**

**From:** NORBERT GORGAS
**Sent:** Monday, November 14, 2005 4:32 PM
**To:** MIKE CALLAHAN
**Subject:** FW: Kraftmaid

-----Original Message-----
**From:** FURGUS WILSON
**Sent:** Thursday, February 27, 2003 9:58 AM
**To:** CHUCK VAN LOON; STEVE WALTMAN; BOB LANGRIDGE
**Cc:** NORBERT GORGAS
**Subject:** RE: Kraftmaid

Good Morning:
I met with Tom Anderson yesterday afternoon for 30 minutes to discuss my role at Kraftmaid. I informed Tom.

- The RMP program is not getting updated and managed because of the constant traffic in my office
- I spend more time on the floor keeping the machines running then managing the RMP's
- His maintenance men are still apprehensive in fixing the equipment in a timely manner.
- Looking up part numbers is also using up time.
- However he hires for Kevin Knights position hopefully will be familiar with our equipment so I won't have an extra person coming consistently in the office.
- I am considering staying at home Tuesdays and Thursday mornings to get the RMP's updated and work on the RMPs on the line 3&4, the Holzma saws, Heian Routers, Wemhoener press. and the Weeke BP machines
- I will need a PO# for the work performed on the equipment out of Warranty.

Toms response is as follows.

- He realizes the RMP program will be successful if after the RMP is performed the list are updated and adjusted to the actual parts worn in each machine. Success depends on managing the list.
- I am insurance here. If the maintenance man figures I can get the equipment running faster he will come and get me. He wants me to put more pressure on the maintenance men to fix the equipment in a timely manner
- Their are many parts with no number and incorrect numbers. I will continue to help resolve this and train the maintenance department to read the manuals better.
- He is looking for a suitable candidate and will take this into consideration.
- He wants me to come in like normal and he will make sure I am not disturbed. If I am disturbed Tuesdays and Thursdays it better be a huge reason.
- He buys too much equipment each year from Stiles. My Salary is included in the price of the equipment. A PO# is the wrong answer. However if I am working major overtime past 40-50 hours a week he could see giving me a PO#.

To wrap up the conversation I told Tom that I am working on equipment which is out of warranty, I am on site and Kraftmaid does not have to pay travel time, Hotel, and food. However I am not in the position to negotiate any deals. I told him for further discussion he should contact Bob Langridge or Chuck Van Loon. He is turn will talk to Don Cox on what was agreed upon when the machines were purchased. Tom said a major reason he buys from Stiles is because of the onsite support, and quick response when machine problems plague production output.

Furgus

C. VanLoon
EXHIBIT NO. 1
4-24-06
C. CLARK-BERRY

-----Original Message-----
**From:** CHUCK VAN LOON
**Sent:** Monday, February 24, 2003 6:06 PM
**To:** STEVE WALTMAN; BOB LANGRIDGE
**Cc:** FURGUS WILSON; NORBERT GORGAS
**Subject:** Kraftmaid

Please be advised that I have informed Furgus Wilson to ask now from Kraftmaid for purchase order numbers that we can invoice the time or Furgus at our service rates for the times their maintenance dept. asks Furgus to work on Stiles machines that are out of warranty. They continue to call him on the weekends and after hours for support, at which time Furgus often comes in and helps get them running...

The amount of time Furgus is putting into Kraftmaid doing service type work, (getting lines to run), continues to increase. The other responsibilities I have given to him and Tom Anderson would like for him to do is not getting done due to him being called down to the floor constantly by production or maintenance.
I have asked Furgus during his next meeting this week with Tom A. and Dan Black to mention that I have asked him to get a purchase order from them for service work they want him to perform. His responsibility Is to be a liaison between Kraftmaid and Stiles Service, Parts, Rebuild, Sales, etc. To assist with the organization of line installs, machine installs, and putting together P.M. programs, assisting maint. with reading manuals & ordering parts, assisting Kraftmaid with their spare parts inventory.
The benefits KM receives when purchasing Furgus is they get no travel expense, and his response time is great!

Furgus please inform us how the conversation goes.

Chuck Van Loon
Regional Service Manager
Stiles Machinery Inc.
616-698-7500, ext 263
cvanloon@stilesmachinery.com
www.stilesmachinery.com