DEFENDANT'S EXHIBIT Wilson - C 1-30-06 JAP

**Amendment A**

JOB DESCRIPTION
(Revised 12/5/2001)

# PROJECT MANAGER/CUSTOMER SUPPORT

**Reports To:** National Service Manager

**Broad Function:** Management of project installations and follow-up to achieve maximum customer satisfaction while maintaining project budgets.

**Specific Responsibilities:**

Maintain good customer relations

Be primary contact between the customer, Stiles Machinery Inc., and installation personnel. Coordinate project meetings with the customer.

Keep customer informed of his responsibilities, installation schedule, and whatever additional information may be useful to maintain a positive and proactive customer relationship.

Maintain scheduled contacts with the project salesman, and the National Service Manager, to inform them about project progress and new business opportunities with the customer.

Managing to contractual agreements

Monitor equipment performance relative to project specifications. Note equipment deficiencies to designated Stiles Machinery, Inc., and/or, vendor personnel.

Maintain itemized deficiency reports and manage the resolution of deficiencies.

Obtain customer sign-off of project, or project elements, to provide proof of Stiles Machinery Inc. Compliance with contract specifications.

Maintain project budget

Manage and coordinate installation technicians for maximum cost effectiveness.

Manage to minimize cost associated with correcting equipment deficiencies and maintain a record of time and cost required to resolve equipment deficiencies.

Keep customer informed of his/her responsibilities. If customer fails to meet responsibilities, keep written records with time and cost implications noted.

---

<u>Project Installation</u>

Study contract documents to have a good working knowledge of equipment, specifications, contract obligations, and meeting notes. Meet with the account Sales Engineer to learn about the customer and customer's expectations for project.

Before the installation begins visit the installation site to analyze conditions relative to the project installation. Check the availability of machinery moving equipment, services for air, electricity, dust extraction, etc. Check suitability of the building foundation for the project installation. Coordinate with the customer to provide assistance from maintenance personnel and others as necessary.

Coordinate with the customer to make provisions for a field office with appropriate communications facilities, phone, fax, e-mail, etc.

Coordinate with Service Department management to minimize project expenses for installation personnel transportation, lodging, meals, etc.

Prepare a project timeline. Develop the timeline with input from the Customer, our Sales Engineers, relevant Product Managers, and Service Management.

Prepare a project manpower list in accord with timeline and budget goals.

Develop a basic plan for executing and controlling the project. This will include establishment of a chain of command with Stiles Machinery Inc. Service Management, Parts Department, and it may include Vendor Service Management, and Vendor Parts Department Management.

Maintain contact with Stiles Machinery Inc. Traffic Department to monitor shipping progress of project related equipment. Coordinate with the Traffic Department and the customer to prepare for delivery of the equipment.

Management of installation personnel

The Project Manager will work with the Regional Service Manager to direct the activities of installation personnel assigned to the project. The Project Manager's authority will be defined for the installation personnel by the Service Department management. While on the project, it will be the responsibility of the Project Manager to manage the installation personnel for maximum effectiveness.

Continually review project personnel requirements and coordinate with the Service Department to move installation personnel in or out of the project as necessary.

Other responsibilities

Support the objectives of Stiles Machinery Inc. As outlined in the corporate mission statement.

Dress and personal appearance in accord with company policy for Project Manager.

Will be required to travel to customers, vendors, or company locations as directed by the National Service Manager.

Utilize their know how and work with the manufacturer of the machine lines to create support packages.

Work with Regional Service Managers to maximize sales of service support packages in their regions.

Follow up each project with preparing a support package, which has to include service, parts, rebuild and training support from Stiles to the customer.

Handle special projects as assigned by the National Service Manager.

Give monthly progress reports to the National Service Manager.

I have read and discussed the above job description with the undersigned.

Fergus Wilson
Project Manager/Customer Support

Norbert Gorgas
National Service Manager