


Gentlemen:
Your idea of a Project Manager and my idea of a Project Manager differ immensely. When I accepted this job in 1997, I never dreamed I would have to install and fix equipment to keep my job. Not only did I have to do the job of a Project Manager, but I also had to do the work of a technician. I had a good job at Coca-Cola in Grand Rapids, white shirt, and no tools at all (Maintenance Supervisor).

It is also amazing to see Managers, hired after me, get nice cubicles or offices to sit in. I knew something was wrong when I was put in three small cubicles during my first three years of employment and eventually the office space, and telephone, which was assigned to me were taken away. My belongings were packed in an orange crate and set in a corner. The fact that I did not complain did not mean I didn't notice things were changing around me for the worse. Here is what my office looks like now at Monarch.

DEFENDANT'S EXHIBIT
Wilson - B
1-30-06 JAP




I purchased 2 desks and chair just to have a place to work. I wonder what other Manager had to do that???

The Management support, on the first Project, at Haworth Jonesboro Arkansas started me on the wrong path to fix, and install equipment. The technicians, who did not realize my job classification, said I was not doing anything to help them and I was told to start wrenching. At the end of the Project, David Villereal and I installed three Heian routers together. I also stayed at Haworth three months after the installation support technicians had left. This was not a problem because I loved my job. Chuck Nananni gave me a empty tool case after I told him I also had to wrench on machines. Since 1998 I have been using my own tools and Stiles has made a lot of money from my maintenance background (90% of all breakdowns service did not have to send a tech).



On the X-Home front I arrived at Kraftmaid in June 2001, for two years straight I left KM every two weeks on Friday afternoon, arrived at home on Friday night, spent Saturday with my family, and Sunday afternoon headed back to Ohio (one day at home every two weeks). Even before KM I decided my job would come first. With this in mind, I told my wife at the time that I would have to sacrifice my family time for about

five years or until I could develop a Project Management Department for Stiles. Presently, the Project Management Department is developed without me.

Lets recap this whole scenario:

**Sacrifice my health + Sacrifice my family, be quiet and do whatever you are told = Humiliating Job after 6 years of employment.**

I am a survivor and I have come to realize that people will always try to smile in your face and give you the shaft, just like my good friends and cohorts Englebert Neuss, Tim Robson, and Wolfgang Dettling from Homag.

Which brings us to this fact; the person that assigned me my present job did not do their legal homework. Federal law states that I am entitled to overtime pay for my last three years. I did not bring this fact to the Manager because he is well versed in American Business Law. So if there is someone who will read the law, and look at the non-managerial work I was doing, talk to Patrick Wernimot, Volkmar Ege, David Villereal, Tom Harjung, Mike Menichini, Dan Swanson, Todd Hall, David Maze, Brett Silva and the list goes on, they will say I was a genuine "gopher" and doing the job of an average technician for Stiles instead of the "Project Manager" duties for which I was hired. Therefore, I should have been entitled to overtime pay.

For the last two years, I have been in the process of looking for employment(since the Kraftmaid scare) that would best suit my outstanding capabilities and give me the respect and credit I deserve. I am pleased to announce that I am now a Facility Manager of a 50-acre factory in the foods industry. I have a $10,000,000 budget and I have to start getting quotes for food packaging equipment. I was fortunate not to listen to my wise boss when he stated "you do not need a fourth of your education to do the job as Montage Leiter (assembly supervisor)" and as you can see by the first picture, I am the one really supervising. I think maybe he had "picking cotton" on his mind for my future.

In closing, this letter will serve as my employment termination notice and it is given with the same consideration that was given to me when I was informed about the following changes in my employment:

- I was getting laid off, while I was at Kraftmaid on Black Friday;
- I was working for Chuck Van Loon;
- My job as Project Manager was eliminated;
- My per diem taken away, given back, and taken away;
- My office space gone.
- I had to install the Black Brothers press line by myself.

As of today, I terminate my employment at Stiles effective when you get to the end of this letter!




Furgus