DEFENDANT'S EXHIBIT Wilson - A 1-30-06 JAP

# FURGUS.L.WILSON

Southernm43@earthlink.net
16119 E High st 312, Middlefield Ohio, 44062
Home: 4406321641 Cell: 6169152606

## Objective

To find a position utilizing all of the skills I have learned throughout the years. The ideal job would be in the Service or contractor industry, as a Service Manager, Project Manager, Maintenance Manager or Marketing Director.

## Education

Amelda University
*MBA 3/2003*
**Studied:** Operations Management, Integrated Operations, Supply Chain Managemen,t Technology Management, Ethics of Corporate Management, Cultural Norms in Global Business, Real Estate Essentials, Managing the Nonprofit Organization, Emerging Issues for Sustainable Business, and Fundamentals of Investment Decisions with Symmetric Information.

University of Wisconsin Project Management institutes
*Project Management certificate 4/98*
**Studied:** Different styles of Project management, Risk analysis, estimation, and objectives. Trained on Microsoft Project.

Stiles Education center
*Various Certificates 3/98*
Certificates in Keb inverters, edgebanders, Woodwop, Baz, Holzma saws, European schematics, and CNC sanders. Completed courses in Microsoft word, Excel, Power Point, and Outlook.

LaSalle University
*B/A in Management/09/96*
**Studied:** Management concepts, accounting, Law, Entrepreneurship, Marketing, MIS JIT, and IS.

Esab Ltec cutting school
*Certificate of completion 4/95*
**Studied:** The theory of Plasma cutting, and the Atas controller and how it relates to the machine PMI, calibrate drive amplifiers.

Giddings & Lewis
*Certificate of completion 3/95*
**Studied:** Kearny & Tracker mod D17 controller and its maintenance function from diagnostic screens to forcing IO bits.

Mannesman Demag
*Certificate of completion/95*
**Studied:** Crane, Hoist operation and maintenance, and the G series Dc drives.

GE Fanuc
*Certificate of completion/95*
**Studied:** Maintenance of the 18T, 18M, 16, 15 controllers and how it interfaces with various machines.

Storm water treatment operator
*License from the DNR/95*
**Studied:** Setup site plan and comply with DNR standard Lockout tagout, Blood borne pathogens, confined space training, all through Dell Engineering/96

Allen Bradley
*Certificates of completion/91*
**Studied:** the maintenance and repair of family 5 PLC.

Tetra pack Packaging School
*Certificates of completion/89*
**Studied:** Maintenance and repair of Tetra pack High-speed packaging equipment. Fillers, 9paks, 3paks, casers, straw applicators, water meters, pumps, and batching systems.

Kolping Community College
*Associates Degree in Machine tool/85*
**Studied:** Operation of Cnc lathe, mill, router and CNC grinder. Studied Pneumatic controls, mig, tig welding, machinery emplacement, scraping in gibs, and machinery.

U.S. armies' Nuclear Electronics School
*2 Diploma's/81*
**Studied:** electronics, basic electricity, hydraulics, and pneumatics. In charge of maintenance and the firing of six nuclear missiles, pts, aru, sla, and all related missile equipment.

Ferris State
*Machine tool technology/81*
**Studied:** Machines tool technology, metallurgy, and the proper operation of various metal forming machines.

South Haven High School
*Diploma/80*
**Studied:** Drafting, machine shop, welding, small engine repair, and auto mechanics.

Journeyman cards/AIW/UPIU

*Industrial machine repair/AIW/UPIU*

*Industrial electrician/AIW*

*Tool & Die maker/AIW*

*Toolmaker/AIW*

*Speak, read, write German.*

*Able to communicate verbally and write clearly, concisely, and effectively: attentive listeners, able to help people to "think out loud," reflect on experiences, identify problems and develop solutions.*

**Employment**

Stiles Machinery, Grand Rapids, MI
*Project Manager Dec97 to Present*
Currently Project Manager working in the technical sales department. Managing multi-million dollar projects at various customer sites is my main job function. I oversee the installation of office furniture cnc machine lines. I estimate time lines, project and forecast completion dates. I supervise both American and foreign technicians. Currently I use Microsoft project to predict time lines.

Coca-Cola Bottling. Grand Rapids, MI
*Maintenance Supervisor/Production/ April 97 to Dec 97*
Supervise maintenance associates in daily tasks, Pms, breakdowns. Schedule production, and oversee that the product is meeting schedule. Order parts update pm programs, in charge of the facility at night including transportation.

L&W Engineering 32nd St. Holland, MI 49424
*Maintenance Team Leader/Oct22 96 to April 97*

Supervised third shift maintenance and pm programs. Insure all machines are running and the preventative maintenance is performed correctly. Responsible for maintenance and repair of Bliss, Verson presses, Motorman robots, Fanuc robots, Yaskwa drives.

JWI 2155 112th Ave Holland, MI 49424
*Maintenance Group leader/Oct.94 to Oct.96*
In charge of Maintenance, and Janitorial personnel, Responsibilities included ordering parts, meeting with contractors, Keeping track of computerized Pm, Responsible for 30 PO# a month and keeping the maintenance department fully stocked, A facility storm water treatment operator certified through the DNR, Waste disposal both Hazardous and non Hazardous through Safety-kleen, Laid law, West Michigan disposals. Maintenance of all CNC equipment including cnc Leblond Lathe, Cincinnati Gilbert, Kearny and Tracker Moduline, Lucas, G&L, Campbell Router, Demag overhead 50 to 5 ton bridge cranes, Esab Ltec cnc plasma cutting table, and Joy air compressors 30 to100hp. In charge of JWI truck fleet maintenance and PM, also understand M codes, G codes, and machine parameters.

Coca-Cola Foods, Red arrow Hwy. Paw Paw MI.
*Maintenance Mechanic/ Fill in leadman/June89 to Oct94*
Filled in as maintenance lead man when an individual was sick or on vacation. Provided maintenance to all Tetra pack equipment, Fillers, Straw applicators ECT. Worked with Allen Bradley Slc500, two/20,Omoron, and family five processors. Worked on robotic palletizers with Crusaders Pmc controls, and rotary encoders. Fixed pumps, flow meter.

Baron Blakslee
*Quality control tester/June 88 to June 89*
Tested and audited Defluxing equipment. Insured that he equipment we shipped was of the highest quality. Worked with refrigerates, Omron PLC, Pneumatic valves, and digital equipment.

Gardena
*Maintenance man/Field service Tech/Aug86 to June88*
Repaired pneumatic machinery, Hydraulic, and electrical packaging machinery. Worked on Siemens controllers, and Mannemann Demag Robotic palletizer warehouse system.

Becker International
*Modelmaker/May85 to Aug86*
Assembled electrical and mechanical parts for prototype CNC machinery. Ran NC milling machine, and Lathe. Built Clamping devices, Jigs, fixtures for Cnc machining centers for BMW, and Mercedes. Wired Electrical panels.

U .S. Army
*Pershing Missile Operator and maintenance Technician/April 81 toApril84*
Performed PMCS on all equipment, and maintained them in alert readiness! Installed programs and targeting data in the power test station, and fired six missiles. Completed preventive maintenance on three launchers, one Pts, Sla, Aru, turbine generator,

45kw,and 10kw generators. Responsible for all repairs, and condition of equipment.