UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FURGUS WILSON,

Plaintiff,

COPY

-vs- Case No. 05-CV-324ML

STILES MACHINERY, INC.,

Defendant.

---

DEPOSITION OF DON LEBLANC

Taken by the Plaintiff on the 2nd day of May, 2006, at the offices of Warner, Norcross & Judd, 111 Lyon Street, N.W., Grand Rapids, Michigan, at 10:50 a.m.

APPEARANCES:

FOR PLAINTIFF: MR. JEFFREY D. POLLACK
Mintz & Gold, LLP
470 Park Avenue South, 10th Floor North
New York, New York 10016
(212)696-4848

FOR DEFENDANT: MR. PAUL T. SORENSEN
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
(616) 752-2135

REPORTED BY: MS. LAURET J. HENRY, CSR, RPR
(CSR-6469) Notary Public

Page 10

A Yes.
Q What did Early Pioneer do?
A We manufactured furniture, and I was one of the principals.
Q Where was Early Pioneer located?
A Southwick, Massachusetts.
Q You said you were one of the principals?
A Yes.
Q How long did you work with Early Pioneer?
A Until 1980.
Q And what happened to your role in Early Pioneer?
A We closed the company, liquidated.
Q During your time with Early Pioneer, did you have any responsibility for overseeing the company's payroll practices?
A No.
Q And what was your next job after you closed Early Pioneer?
A Helikon Furniture.
Q Can you spell that?
A H-e-l-i-k-o-n.
Q Where was that located?
A Taftville, T-a-f-t-v-i-l-l-e, Connecticut.
Q What was your position at Helikon?
A Manufacturer of industrial engineering.

Page 11

Q How long did you hold that position?
A Until 1983.
Q That was when you went to work for Stiles?
A Correct.
Q Do you have an understanding of what this case is about that we're here talking about?
A Not completely.
Q Okay. I'm not going to ask you what you spoke about, but did you meet with either Paul or Mike to prepare for this deposition?
A I talked to them, yes.
Q Did you review any documents?
A No.
Q Did you review the transcript of Furgus Wilson's deposition?
A No.
Q How long -- strike that. You talked to them. Did you talk to them on the phone or in person?
A In person.
Q How long did that meeting last?
A About two hours.
Q It was one meeting?
A Yes.
Q Are you familiar with Furgus Wilson?
A Yes.

Page 12

Q Do you recall when you first met Furgus Wilson?
A The exact date, no.
Q Do you recall when approximately you first met Furgus Wilson?
A Would have been 1999, I believe.
Q What would the circumstances have been of your meeting?
A He was an on-site manager at KraftMaid Cabinetry in Ohio.
Q What role did you play with regards to KraftMaid?
A I was working on special projects that were assigned relative to KraftMaid.
Q Now, how much time did you spend with Furgus Wilson while he was working at KraftMaid?
A Could you explain that in a little bit more detail?
Q Well, let's take it another way. Were you working on site at KraftMaid?
A I had had meetings at KraftMaid on a regular basis.
Q How frequently were you at KraftMaid?
A In that time frame at least twice a month.
Q When you would go during those twice-a-month meetings, how long would you stay there?
A One to two days depending on the need.
Q Furgus was located there for lack of a better word full-time, correct?

Page 13

A Correct.
Q During those one or two days twice a month you would go there, would you spend any time side-by-side with Furgus watching him work?
A No.
Q Did you, in any of those meetings that you had, did Furgus participate in those meetings?
A Yes.
Q What role did Furgus play in those meetings?
A The role was to report as to how things were going with his assigned projects that he was managing on site as the on-site project manager.
Q Did you ever have any conversations during that time, by "that time" I mean the KraftMaid project -- how long did your role at KraftMaid last?
A It's still ongoing.
Q Did you ever have any conversations with Furgus during the time about the specific duties he was performing on a day-to-day basis?
A Not directly.
Q If not directly, indirectly?
A Define exactly what you mean in a little bit more detail.
Q You say not directly, so did you have any conversations with anybody at either KraftMaid or at

Page 14

Stiles regarding the work Furgus was actually performing on the ground on a day-to-day basis?
A Yes.
Q With whom?
A With a variety of managers of Stiles.
Q Can you give me some names?
A Probably the first one would be his direct superior which would have been I believe Chuck VanLoon at the time. That would be the most common.
Q Who else would you have conversations about Furgus's duties?
A That would probably be it.
Q What conversations did you have with Chuck VanLoon about Furgus's duties at KraftMaid?
A Just as I would get a report then I would pass my opinions about what needed to be done next.
Q Can you be a little more specific? Reports about what, opinions about what?
A The report as to how things were progressing on the project, the status, and whether or not he needed additional assistance to gain customer satisfaction.
Q "He" being Furgus?
A "He" being Furgus.
Q Did you ever have any conversations with Chuck VanLoon regarding whether or not Furgus was

Page 15

performing physical labor at KraftMaid?
A No.
Q Did you ever have any conversations with Furgus Wilson about whether he was performing physical labor at KraftMaid?
A No.
Q Did you ever have any conversations with anybody about whether Furgus was performing physical labor at KraftMaid?
A No.
Q Did you ever witness Furgus performing physical labor at KraftMaid?
A No.
Q What was Furgus's role at KraftMaid as you understood it to be?
A His role at KraftMaid was the on-site project manager. His role was to supervise the installation of lines of equipment. He was also responsible for scheduling any technicians that would be required to fulfill that role, that job. His role also was to report on the success or lack of success in the installation.
Q What would happen if KraftMaid, one of the KraftMaid people called Furgus and asked Furgus to actually work on one of the machines there?

Page 16

A I can't really tell you what would happen in that case. That would be up to Furgus to decide.
Q What would you expect Furgus to do if that happened, if one of the KraftMaid people asked him to do some physical work on one of the machines?
A I would expect that he would analyze the situation and determine what the proper response would be. That would be the first thing that he would do.
Q In your position at that point, would it have been acceptable to you for Furgus to say to them "I'm a manager, I don't do physical labor"?
A Yes.
Q Did you ever have a conversation with Chuck VanLoon about what would happen if KraftMaid asked Furgus to perform physical labor?
A Not that I can recall.
Q Did you ever have a conversation with Chuck VanLoon or anybody else at Stiles about the fact that KraftMaid was, in fact, asking Furgus to do physical labor?
A I can't recall any conversations relative to that.
Q How about any e-mails?
A Not that I can recall.
Q Did you ever have any conversations with Furgus where Furgus expressed the opinion that he thought he

Page 17

should be receiving overtime?
A No.
Q Did you ever have any conversations with Furgus about the amount of hours he was working?
A No.
Q Now, how long did Furgus remain on the KraftMaid job?
A I don't know exactly.
Q Started in 1999 approximately?
A Could be, yeah.
Q And did your frequency and duration of visits to KraftMaid remain constant throughout the time that Furgus was working there?
A It would vary.
Q From a low of what to a high of what?
A Once a month to maybe a high of maybe three days in a week.
Q And when you were out there, was Furgus with you the entire time that you were there?
A No.
Q About how much of the time that you were there would Furgus spend with you?
A It would vary. Sometimes I wouldn't be around him at all.
Q Okay. And other times?
A Other times he might be present in the meeting that I



Great Lakes Shorthand, P.O. Box 2002, Grand Rapids, Michigan 49501
(800) 234-2044 (888) FAX-6776 glsusa@aol.com www.glsusa.net