EXHIBIT
PENGAD 800-631-6989
1 LJA
5-2-06 Leblanc

**From:** DON LEBLANC
**Sent:** Tuesday, March 16, 2004 11:43 AM
**To:** RUSS SUOR; LARRY HART
**Cc:** NORBERT GORGAS; GENE NEWBURG; ANDREAS MUEHLBAUER
**Subject:** Monarch - Startup

Gentlemen,

As you know we are many weeks into the setup of the Monarch equipment. It appears that we are not doing well with this installation and our effort to get these machines up and running. It is my opinion that our vendors are falling short of the mark with their efforts.

Furgus Wilson has done an excellent job of coordination and keeping everything down to a dull roar. The problem is that now the customer is getting very upset with our lack of performance. The main issues are as follows:

Homag KF machines:

- Glue stringing problems. My runoff notes made a notation regarding gluing unit performance issues.
- Inconsistent operation concerning quality. This problem was noted in my runoff notes.

Bargstedt KF feeder and stacker:

- Frequent errors during operation resulting in poor reliability
- Inability to feed or stack more than two panels at a time.
- Remember that these units were not tested at the factory during the runoff. The Weeke BHC 500 T line feeder and stacker were the only units available to runoff. They ran flawlessly. I suspect that Bargstedt may have been rushed again.

It is now time to give Furgus the proper support. The Homag technician is ready to leave on Wednesday and there is no one to help Furgus to get this gluing issue under control. We should send in our own Bargstedt expert to help with the Bargstedt issues. We cannot wait until the first week of April for a Bargstedt technician.

I spent over an hour yesterday on the phone with Bob and Howard of Monarch and another 30 minutes with Howard this morning. I have given Furgus numerous tips on what to try to solve the gluing problem. I feel we somebody of Patrick Wernimont's caliber to assist Furgus. Remember that Furgus is the onsite coordinator and not the primary technician.

I am not very happy with our performance on this install. We seem to be falling way short of the mark.

I have promised Howard from Monarch that I would help him to get his concerns answered. I owe him a call back this afternoon. They are trying to get some limited production out and it is impossible at this time. They are also turning away jobs.

Please call me on my cell phone with suggestions or questions. Gentlemen, I need your support!

Don Leblanc
Stiles Machinery, Inc.
Manager-Special Projects
dleblanc@stilesmachinery.com

Office: 336.665.0665
Cell: 336.688.3017