UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

---

FURGUS WILSON,

Plaintiff, C.A. No.: 05-CV-324ML

v. **AFFIDAVIT OF BOB GUADAGNOLI**

STILES MACHINERY, INC.

Defendant.

**AFFIDAVIT**

1. I have personal knowledge of the facts set forth in this affidavit.

2. I am employed by Monarch Industries and have worked at Monarch for approximately seventeen years.

3. At Monarch, my formal job title is project manager. My job functions include oversight of installation and maintenance of production machinery at Monarch.

4. From approximately December of 2003 through October of 2004, I worked with Furgus Wilson on a regular basis.

5. Mr. Wilson worked with me as the primary on-site contact from Stiles Machinery and was my customer support contact.

6. Based on my observations while working with Mr. Wilson, his primary value to Monarch was as an on-site project manager and liaison for Stiles. Mr. Wilson supervised the installation of lines of production machinery and coordinated service technicians required to complete the installations. I also had regular meetings with Mr.

Wilson and he reported on the progress of installations as well as any problems that occurred. Mr. Wilson would assist by suggesting solutions. On occasion, Mr. Wilson would assist with service on machinery.

7. Based on my observations, I would estimate that Mr. Wilson spent seventy-five percent of his time at Monarch managing the installation project, debugging and enhancing the capability/reliability of the production machinery lines, and interacting with us at Monarch. I would estimate Mr. Wilson spent twenty-five percent of his time assisting with service on machinery.

Dated: May 16, 2006

[signature]

Bob Guadagnoli

STATE OF R.I.

COUNTY OF BRISTOL

This instrument was acknowledged before me on MAY 16,

2006, by BOB GUADAGNOLI.

[signature]

Notary Public, ____________ County, BRISTOL

My Commission Expires 6/20/09