UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FURGUS WILSON,

Plaintiff,

C.A. No.: 05-CV-324ML

v.

**AFFIDAVIT OF TOM ANDERSON**

STILES MACHINERY, INC.

Defendant.

**AFFIDAVIT**

1. I have personal knowledge of the facts set forth in this affidavit.

2. I am employed by KraftMaid Cabinetry and have worked at KraftMaid for approximately four and a half years.

3. At KraftMaid, my formal job title is Director of Manufacturing Services. My job functions include oversight of installation and maintenance of production machinery at KraftMaid.

4. From approximately December of 2001 through November of 2003, I worked with Furgus Wilson on a regular basis.

5. Mr. Wilson worked with me as the primary on-site support contact from Stiles Machinery.

6. Mr. Wilson's main value to KraftMaid was as the on-site project manager and principle contact for Stiles. Mr. Wilson supervised the installation of lines of production machinery and coordinated service technicians required to complete the installations. I also had regular meetings with Mr. Wilson and he reported on the

progress of installations as well as any problems that occurred, often suggesting solutions. On occasion, Mr. Wilson would assist with service on machinery.

7. Based on my time with Mr. Wilson, I would estimate that he spent seventy-five percent of his time at KraftMaid managing the installation project, debugging and enhancing the capability/reliability of the production machinery lines, and interacting with us at Monarch. I would estimate Mr. Wilson spent twenty-five percent of his time assisting with service on machinery.

Dated: May 15, 2006

[signature]

Tom Anderson

STATE OF OHIO

COUNTY OF Geauga

This instrument was acknowledged before me on May 15, 2006, by Tom Anderson.

Nancy M. Wright

Notary Public, ____________ County, Geauga OHIO

Nancy M. Wright, Notary Public
State of Ohio
My Commission Expires June 29, 2009
Recorded in Geauga County