ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FURGUS WILSON,

Plaintiff,

-against-

STILES MACHINERY, INC.,

Defendant.

Case No: 05-CV-324WES

**DECLARATION OF JEFFREY D. POLLACK IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

1. I am an attorney admitted to practice in this Court, and make this declaration upon personal knowledge and upon penalty of perjury in opposition to the defendant's motion for summary judgment and in support of plaintiff's cross-motion for summary judgment.

2. Attached hereto are true and correct copies of excerpts from the following deposition transcripts:

| Tab | Deponent |
|---|---|
| A | Furgus Wilson |
| B | Chuck Van Loon |
| C | Don LeBlanc |
| D | Volkamr Ege |
| E | Darci Corner (f/k/a Darci Buelow) |

3. Attached hereto as Exhibit F are true and correct copies of work reports produced by defendant during discovery.

ORIGINAL

4. Attached hereto as Exhibit G is a true and correct copy of an email (Stiles doc. no. 000002) produced by defendant during discovery.

5. Attached hereto as Exhibit H are true and correct copies of documents (doc. nos. P0001-00014) produced by plaintiff during discovery.

6. Attached hereto as Exhibit I is a true and correct copy of Paul Sorenson's May 5, 2006 letter to me.

7. Attached hereto as Exhibit J is true and correct copy of plaintiff's First Set of Interrogatories and defendant's responses thereto.

The foregoing is true to the best of my knowledge and belief.

Dated: June 18, 2006

Jeffrey D. Pollack