F:\AMY\DOCS\MISC\AOS and back\Menell aos.wpd

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

I, Amy Wong, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Old Bridge, New Jersey.

That on June 20, 2006, I served a copy of the NOTICE OF MOTION, DECLARATION OF JEFFREY D. POLLACK, MEMORANDUM OF LAW, and COUNTER-STATEMENT OF UNDISPUTED MATERIAL FACTS in the following manner:

✓ By depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to each of the persons listed below at the last known address set forth after each name;

______ By delivering a true copy thereof personally to each person listed below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein, or their attorney authorized to accept service;

______ By transmitting the papers by electronic means to the telephone/FAX number listed below, which number was designated by the attorney/party for such purpose. I received a signal from the equipment of the attorney/party served indicating that the transmission was received;

______ By depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of FEDERAL EXPRESS for overnight delivery, prior to the latest time designated by that service for overnight delivery;

Paul T. Sorensen
Warner Norcross & Judd LLP
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487

Michael F. Kraemer
Hinckley Allen Snyder LLP
1500 Fleet Center
Providence, RI 02903-2393

[signature]
Amy Wong

Sworn to before me this
20th day of June, 2006

JEFFREY D. POLLACK
NOTARY PUBLIC, State of New York
No. 31-5004275
Qualified in New York County
Commission Expires November 16, 19 2006

[signature]
NOTARY