RECEIVED
JUN 22 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FURGUS WILSON, Plaintiff, | |
| -against- | Case No: 05-CV-324ML |
| STILES MACHINERY, INC., Defendant. | |

## STIPULATION RE: BRIEFING SCHEDULE

The undersigned hereby stipulate that the date for plaintiff to submit his reply papers, if any, shall be and is hereby extended to July 19, 2006.

Jeffrey D. Pollack (JP-1409)
Mintz & Gold LLP
470 Park Ave. So., 10th Fl. – North
New York, NY 10016
(212) 696-4848
(212) 696-1231 (facsimile)

Rajaram Suryanarayan
Gunning & LaFazia, Inc.
56 Pine St. – 7th Fl.
Providence, RI 02903
(401) 521-6900
(401) 521-6901 (facsimile)

Attorneys for Plaintiff

Paul T. Sorensen
Warner Norcross & Judd LLP
111 Lyon St., N.W.
Grand Rapids, MI 49503-2487
(616) 752-2000
(616) 752-2500 (facsimile)

Michael F. Kraemer
Hinckley Allen Snyder LLP
1500 Fleet Center
Providence, RI 02903-2393
(401) 274-2000
(401) 277-9600 (facsimile)

Attorneys for Defendant

SO ORDERED USDJ 6/23/06