UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FURGUS WILSON,

Plaintiff,

C.A. No.: 05-CV-324ML

v.

**AFFIDAVIT OF DARCI CORNER**

STILES MACHINERY, INC.

Defendant.

AFFIDAVIT

1. I have personal knowledge of the facts set forth in this affidavit.

2. I worked for Stiles Machinery, Inc. ("Stiles") from approximately December of 1996 through August, 2000.

3. During my time with Stiles, I worked as a Human Resources Coordinator and Human Resources Manager. My job functions required knowledge of Stiles' compensation and benefits programs.

4. I do not recall having a conversation with Fergus Wilson regarding compensation or overtime.

5. I do not recall stating to anyone at anytime that salaried employees were compensated based on a fifty-five hour work week. It was my understanding as a Human Resources Coordinator and Manager that salaried employees were compensated on a salary basis regardless of the number of hours worked in a given week.

Dated: May 10, 2006

[signature]

Darci Corner

STATE OF MICHIGAN

COUNTY OF OTTAWA

This instrument was acknowledged before me on May 10,

2006, by DARCI CORNER.

Clifford Essenburg

Notary Public, OTTAWA County, Michigan

CLIFFORD ESSENBURG
NOTARY PUBLIC, STATE OF MI
COUNTY OF OTTAWA
MY COMMISSION EXPIRES Nov 18, 2011
ACTING IN COUNTY OF KENT