UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

---

FURGUS WILSON,

Plaintiff, C.A. No.: 05-CV-324ML

v. **AFFIDAVIT OF MICHAEL CALLAHAN**

STILES MACHINERY, INC.

Defendant.

**AFFIDAVIT**

1. I have personal knowledge of the facts set forth in this affidavit

2. I have been employed by Stiles Machinery, Inc. as General Counsel/Director of Operations since October 13, 1997.

3. With respect to all employees including Furgus Wilson, I have/had an honest intention to ascertain and follow the requirements as set forth by the Fair Labor Standards Act ("FLSA").

4. With respect to project managers such as Mr. Wilson, I have investigated potential liability under the FLSA.

5. This investigation included consideration of all duties performed by project managers.

6. Based on my investigation of the administrative exemption under the FLSA, it was and is my opinion that it was proper to classify Mr. Wilson as exempt.

I, Michael Callahan, verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 30, 2006

Michael Callahan

Michael Callahan

STATE OF MICHIGAN

COUNTY OF KENT

This instrument was acknowledged before me on 6/30/06, 2006, by SUSANNE MILLER-SCHACHINGER

Susanne Miller-Schachinger

Notary Public, KENT County, Michigan

SUSANNE MILLER-SCHACHINGER
Notary Public, State of Michigan
County of Kent
My Commission Expires Sep. 14, 2012
Acting in the County of KENT