UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------x

FURGUS WILSON,

Plaintiff,

-against-

STILES MACHINERY, INC.,

Defendant.

---------------------------------------------------------------x

Case No: 05-CV-324WES

**REPLY DECLARATION OF FURGUS WILSON IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

1. I am over 18 years of age and make this declaration upon personal knowledge and upon penalty of perjury in opposition to defendant's motion for summary judgment and in support of plaintiff's cross-motion for summary judgment.

2. I submit this declaration to provide information that was not discussed at my deposition, and to clarify some of the points raised in defendant's opposition papers.

3. I have reviewed the weekly reports attached as Exhibit F to the Declaration of Jeffrey D. Pollack in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment.

4. The documents attached to Mr. Pollack's declaration are true and correct copies of the weekly reports I completed at the direction of Stiles. Completing such reports was part of my job requirements.

5. I completed the reports and submitted them to Stiles on approximately a weekly basis, accurately reflecting the work I had done that week. Stiles provided the forms which I used to complete and submit the reports.

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------------x

FURGUS WILSON, :

Plaintiff, :

-against- : Case No: 05-CV-324WES

STILES MACHINERY, INC., :

Defendant. :

---------------------------------------------------------------x

**REPLY DECLARATION OF FURGUS WILSON IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

1. I am over 18 years of age and make this declaration upon personal knowledge and upon penalty of perjury in opposition to defendant's motion for summary judgment and in support of plaintiff's cross-motion for summary judgment.

2. I submit this declaration to provide information that was not discussed at my deposition, and to clarify some of the points raised in defendant's opposition papers.

3. I have reviewed the weekly reports attached as Exhibit F to the Declaration of Jeffrey D. Pollack in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment.

4. The documents attached to Mr. Pollack's declaration are true and correct copies of the weekly reports I completed at the direction of Stiles. Completing such reports was part of my job requirements.

5. I completed the reports and submitted them to Stiles on approximately a weekly basis, accurately reflecting the work I had done that week. Stiles provided the forms which I used to complete and submit the reports.

6. When servicing the equipment Stiles sold, I would review the manufacturer's pneumatic/hydraulic and electrical diagrams. Sometimes I would also talk to the manufacturer's help desk, so that I would, in effect, be the hands and they would guide me through the process. Sometimes the manufacturer's help desk would connect to the equipment directly via a modem and fix software issues. The bottom line is that if an issue was beyond my technical expertise I would call the help desk and get directions on how to fix the equipment.

The foregoing is true to the best of my knowledge and belief.

Date: 7-13-06

Furgus Wilson