# EXHIBIT C

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

FURGUS WILSON,

Plaintiff,

-vs- Case No. 05-CV-324ML

STILES MACHINERY, INC.,

Defendant.

DEPOSITION OF DARCI CORNER

Taken by the Plaintiff on the 2nd day of May, 2006, at the offices of Warner, Norcross & Judd, 111 Lyon Street, N.W., Grand Rapids, Michigan, at 9:35 a.m.

APPEARANCES:

FOR PLAINTIFF: MR. JEFFREY D. POLLACK
Mintz & Gold, LLP
470 Park Avenue South, 10th Floor North
New York, New York 10016
(212)696-4848

FOR DEFENDANT: MR. PAUL T. SORENSEN
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
(616) 752-2135

REPORTED BY: MS. LAURET J. HENRY, CSR, RPR
(CSR-6469) Notary Public



9ea64570-bf93-41e4-be48-43128d6e9e42

Page 18

Q Other than what Paul and/or Mike might have told you with regard to Furgus allegedly claiming overtime after 55 hours, did you have any conversations with either of them about this case?
A Can you clarify your question?
Q Well, I'll just ask a more general question. Have you had any conversations with Mike Callahan about this case?
A Yes.
Q When did those conversations take place?
A Last Monday Mike Callahan called.
Q Is that the only conversation you have had with Mike about this case?
A On a one-on-one, yes.
Q You spoke on the telephone?
A Yes.
Q How long did you speak on the telephone?
A About two minutes.
Q What did you say; what did he say?
A He said that I was being requested by Furgus Wilson's attorney to be deposed and asked if I would be available this Monday to meet and then to meet with Furgus's counsel on Tuesday.
Q That was the extent of the conversation?
A Yes.

Page 19

Q And then did you have any further subsequent conversations with Mike about this case?
A Yesterday I met with Paul and Mike.
Q And how long did that meeting take place?
A Approximately 40 minutes.
Q Did that meeting take place here in Paul's office?
A Yes.
Q What was discussed at that meeting?
A That Furgus requested, not requested, Furgus had stated that he was -- should have been paid overtime over 55 hours. My name came up in I believe Furgus's deposition is why I was being requested, and then the rest of it was explaining how a deposition works.
Q Did they explain to you what Furgus had said about you in the deposition?
A That I was -- I interviewed him and he complained to me.
Q And did they tell you anything else about what had come up in Furgus's deposition with regard to you?
A I believe that was it.
Q Did you read the transcript of Furgus's deposition?
A No, I did not.
MR. POLLACK: Off the record.
(Discussion off the record.)

Page 20

Q Let's start with the first one. Is it true that you interviewed Furgus?
A I do not recall.
Q Is it true that Furgus complained to you?
A I don't recall.
Q Did Paul and/or Mike show you any documents having to do with the case?
A No.
Q As either human resource coordinator or human resource manager, did you have any role in giving orientation to new employees?
A Yes.
Q What was your role in regard to that?
A I would go over the Employee Handbook which had general company policies, the 401(k) plan, health benefit plan, introduced them to people within the Grand Rapids office.
Q Did the Employee Handbook, if you can remember, it's been awhile, have an overtime policy?
A I don't remember.
Q Did you generally have a role in interviewing prospective employees while you were either human resource coordinator or human resource manager?
A It would depend on the position.
Q Okay. Well, what positions would you interview

Page 21

people, and what positions -- I'm asking generally what positions would you generally not interview people?
A Administrative I would interview. Technical I would generally not interview unless it was just a cursory see what the person was like.
Q When you were doing the new employee orientation, was that for all employees?
A In the Grand Rapids office.
Q And approximately how many employees per year did that involve?
A I can't answer that.
Q Let me go back. So you left Stiles in either 2002 or 2001. You finished your undergraduate and graduate degrees. What jobs have you had since you left Stiles?
A I'm the finance and administration manager for Thierica, Inc.
Q Can you spell that company name?
A T-h-i-e-r-i-c-a.
Q You currently hold that position?
A Yes.
Q When did you begin that job?
A I was hired October of either 2001 or 2002 as the human resource manager.





9ea64570-bf93-41e4-be48-43128d6e9e42

Page 22

Q Then how long were you human resource manager there?
A Two years.
Q And then was your next position finance and administration manager?
A Correct.
Q What does Thierica do?
A Manufacturing and service for the automotive industry.
Q Do you have a recollection of ever meeting Furgus Wilson personally?
A No.
Q Do you have a recollection of what Furgus Wilson's job title was?
A No.
Q Do you have a recollection of ever speaking with Furgus Wilson?
A No.
Q You don't have any recollection of ever speaking with Furgus about any subject?
A No, I don't.
Q When you were human resource coordinator or human resource manager at Stiles, did any employee ever come to talk to you or complain about overtime or not receiving overtime?
A No.

Page 23

Q Do you know what fluctuating workweek is?
A No.
Q Is it possible you could have had conversations with Furgus about him claiming that he was entitled to receive overtime?
A I don't recall a conversation with Furgus.
Q Is it possible you might have had that conversation?
A It's possible I talked to him.
MR. POLLACK: I think that may be it. Give me a few seconds.
(Pause in the proceedings.)
Q Approximately how many employees does Stiles, or back during the time when you were human resource coordinator and manager approximately how many employees did Stiles have?
A I think 250 nationwide.
Q Approximately how many of them were based out of the Grand Rapids office?
A I wouldn't be able to tell you.
MR. POLLACK: Okay. I got nothing else.
MR. SORENSEN: I have no questions.
MR. POLLACK: Thanks for coming in.
(Record closed at 10:11 a.m.)

Page 24

CERTIFICATE

STATE OF MICHIGAN )
)ss
COUNTY OF ALLEGAN )

I certify that this transcript, consisting of 24 pages, is a complete, true, and correct record of the testimony of Darci Corner held in this case on May 2, 2006.

I also certify that prior to taking this deposition, Darci Corner was duly sworn to tell the truth.

I also certify that I am not a relative or employee of or an attorney for a party; or a relative or employee of an attorney for a party; or financially interested in the action.

____________________________

LAURET J. HENRY, CSR-6469
Registered Professional Reporter
Notary Public, Allegan County, Michigan
My commission expires: 07/18/08
Dated: This 7th day of May, 2006