F:\AMY\DOCS\MISC\AOS and back\Wilson aos.wpd

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

I, Amy Wong, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Old Bridge, New Jersey.

That on July 17, 2006, I served the within copy of the PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT, in the following manner:

___X__ By depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to each of the persons listed below at the last known address set forth after each name;

______ By delivering a true copy thereof personally to each person listed below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein, or their attorney authorized to accept service;

______ By transmitting the papers by electronic means to the telephone/FAX number listed below, which number was designated by the attorney/party for such purpose. I received a signal from the equipment of the attorney/party served indicating that the transmission was received;

______ By depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of FEDERAL EXPRESS for overnight delivery, prior to the latest time designated by that service for overnight delivery;

Paul T. Sorensen
Warner Norcross & Judd LLP
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487

Michael F. Kraemer
Hincklyey Allen Snyder LLP
1500 Fleet Center
Providence, RI 02903-2393

________________
Amy Wong

Sworn to before me this
17th day of July, 2006

________________
NOTARY

PAUL OSTENSEN
Notary Public, State of New York
No. 01OS5083620
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Aug. 18, 20....