UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FURGUS WILSON,<br>Plaintiff,<br>v.<br>STILES MACHINERY, INC.,<br>Defendant. | Case No. 1:05-CV-00324 WES<br>Hon. William E. Smith |

## SATISFACTION OF CONSENT JUDGMENT

Plaintiffs state that the Consent Judgment entered in this case on November 20, 2006, has been satisfied in full.

Dated: December 12, 2006

Thomas J. Cronin
GUNNING & LAFAZIA, INC.
56 Pine St. – 7th Fl.
Providence, RI 02903
(401) 521-6900
(401 521-6901 facsimile

Dated: December 12, 2006

Jeffrey D. Pollack
MINTZ & GOLD LLP
470 Park Avenue South
New York, New York 10016
(212) 696-4848
(212) 696-1231 facsimile

Attorneys for Plaintiff